## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**DJURABEK JURAEV,**

      **Petitioner,**

**v.**                                                                    **No. 1:26-cv-00720-SMD-SCY**

**RAY CARNES,** *et al.***,**

      **Respondents.**

### FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus (Doc. 9), Final Judgment is hereby entered in favor of Petitioner Djurabek Juraev and against Respondents Ray Carnes, Todd M. Lyons, Pamela Bondi, Mary De Anda-Ybarra, and Current Secretary, U.S. Department of Homeland Security.

_____

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**